## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREA LAMPMAN, individually and as parent and natural guardian of O.L., an infant,** | : | **CIVIL ACTION NO. 4:14-CV-2293** |
| | : | |
| | : | **(Chief Judge Conner)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DOLGENCORP, LLC,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 16th day of November, 2015, upon consideration of the pleadings and other documents of record in the above-captioned matter, and it appearing that said documents reveal the full name of the minor plaintiff without redaction or abbreviation as required by Local Rule of Court 5.2(d), which provides that when "involvement of a minor child must be mentioned, only that child's initials shall be used," LOCAL RULE OF COURT 5.2(d), it is hereby ORDERED that:

1.  The Clerk of Court shall forthwith seal the following docket entries, making same available electronically to case participants only: Docs. 1, 3, 4, 5, 7, 10, 11, 12, 13, 14, 15, 16, and 18.

2.  All future filings shall refer to minor plaintiff by her initials only.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania